**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.,<br><br>      Defendant. | NO: 2:22-cv-01713-RSL<br><br>**STIPULATION AND ORDER TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404** |

Plaintiff Travelers Property Casualty Company of America ("Travelers") and defendant Expeditors International of Washington, Inc. ("Expeditors") hereby stipulate and agree, pursuant to 28 U.S.C. § 1404 and the contract between Expeditors and Travelers' subrogor, that the Court transfer this action to the U.S. District Court for the Southern District of New York. The parties request that the Court enter the subjoined proposed order directing the Clerk to transfer this case to the Southern District of New York.

STIPULATION AND ORDER TO TRANSFER VENUE - 1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

DATED:  January 10, 2023

BY: *s/ Steven W. Block*
Steven W. Block, WSBA No. 24299
LANE POWELL, PC
1420 Fifth Avenue, 42nd floor
Seattle, Washington  98101
Telephone: (206) 223-7718
Email: blocks@lanepowell.com

*Attorney for Defendant Expeditors International of Washington, Inc.*

By: s/ *Edward St. Onge Jr.*

Edward St.Onge Jr., WSBA No. 25240
GOEHLER & ASSOCIATES
PO Box 64093
St. Paul, MN 55164-0093
Telephone: (206) 326-4217
Email: estonge@travelers.com

*Attorney for Plaintiff Travelers Property Casualty Company of America*

STIPULATION AND ORDER TO TRANSFER VENUE - 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

## ORDER

The parties having so stipulated, it is hereby

ORDERED that the Clerk shall transfer this case to U.S. District Court for the Southern District of New York under 28 U.S.C. § 1404(a).

**IT IS SO ORDERED.**

Dated this 11th day of January, 2023.

*[signature]*
ROBERT S. LASNIK
United States District Judge

STIPULATION AND ORDER TO TRANSFER VENUE - 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107